## C-697

## Victor Miller v. H. Wayne Mangus

(569 P.2d 1390)

Certiorari dismissed November 14, 1975.

Plaintiff appealed from judgment entered on a jury verdict awarding him damages for assault and battery and damages for the wrongful death of his wife. The Court of Appeals reversed wrongful death judgment on basis that instruction on provocation should not have been given in such an action, 35 Colo. App. 335, 535 P.2d 219, and certiorari was granted June 2, 1975. On consideration of the court, certiorari dismissed November 14, 1975.

*En Banc.*